UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jason Cook

    v.                                            Case No. 24-cv-317-LM-TSM

Michael Schauer et al.

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 23, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The case is dismissed, without prejudice, for failure to prosecute. The clerk shall enter judgment and close the case.

                                                        _____
                                                        Landya B. McCafferty
                                                       United States District Judge

Date: July 18, 2025

cc:   Jason Cook, pro se